**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Richard A. SANTIAGO, a/k/a Rick,**
**Defendant–Appellant.**

No. 15–7934.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 18, 2016.

Decided: May 20, 2016.

Richard A. Santiago, Appellant Pro Se. Angela Mastandrea–Miller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before SHEDD, DIAZ, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard A. Santiago appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Santiago,* No. 3:06–cr–00515–HEH–1 (E.D.Va. Nov. 24, 2015). We dispense with oral argument because the facts and legal conclusions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*